# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TARA BROADCASTING, a California Limited Liability Company,

        Plaintiff,

        v.

Charter Communications, Inc., individually and d/b/a SPECTRUM and formerly d/b/a TIME WARNER CABLE; Alexis Johnson, an individual; Keely Bostock, an individual,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 5:18-cv-00532 AB

Judge: Hon. André Birotte Jr.

~~[PROPOSED]~~ ORDER SUSPENDING DEADLINES

Hearing Date: N/A
Time: N/A
Courtroom:  N/A

## ~~[PROPOSED]~~ ORDER GRANTING THE PARTIES' JOINT STIPULATED REQUEST TO SUSPEND DEADLINES

Having considered the Parties' Joint Stipulated Request to Suspend Deadlines, being fully advised in the matter, and good cause appearing, the Court hereby **GRANTS** the Motion and suspends all deadlines in the case other than deadlines for briefing a motion to dismiss the Second Amended Complaint.

//

//

In the event the case is not dismissed in its entirety, the Court also **ORDERS** counsel for Plaintiff to submit a status report within 60 days after this Court rules on a motion to dismiss the Second Amendment Complaint.

The Pretrial Conference and Jury Trial dates are vacated.

IT IS SO ORDERED.

DATED:  October 12, 2018

The Honorable André Birotte Jr.
United States District Judge

1